

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-23-00392-CV

———————————————

PAUL BENJAMIN RICH, Appellant

V.

SHERRIE ANN RICH, Appellee

On Appeal from the 233rd District Court
Tarrant County, Texas
Trial Court No. 233-685120-20

Before Bassel, Womack, and Wallach, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

We have considered "Appellant's Motion to Dismiss Without Prejudice," which is unopposed. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Appellant must pay all costs of this appeal. *See* Tex. R. App. P. 42.1(d), 43.4.

Per Curiam

Delivered: January 4, 2024